UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| MARIE FREESE )<br>)<br>)<br>v. )<br>) **Civil No. 07-1-P-S<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration, )<br>)<br>Defendants )<br>) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 12, 2007, 2007, his Recommended Decision (Docket No. 15). Plaintiff filed her Objection to the Recommended Decision (Docket No. 17) on October 2, 2007. The Defendant filed its Response to Plaintiff's Objection (Docket No. 18) on October 19, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 9) is **GRANTED**.

      /s/George Z. Singal
      Chief U.S. District Judge

Dated: October 25, 2007